Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/18/2018



DO

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:  16-08535-CW3-13

TIMOTHY RANDOLPH WILSON
603 MADISON DR  1/17/2018
LA VERGNE, TN 37086
SSN XXX-XX-1943

### AGREED ORDER ALLOWING PLAN TO CONTINUE AND
### PLACING DEBTOR(S) ON PROBATION

It appears to the Court that the Trustee has filed a Motion To Dismiss the above-styled case due to the failure of the debtor to comply with the requirements of the plan and the court's order confirming that plan. It further appears to the Court that the Trustee and the debtor have agreed to allow the plan to continue. It is therefore

ORDERED, that the Trustee's Motion To Dismiss is denied; it is further

ORDERED, that the debtor shall attend a Financial Workshop approved by the Trustee; it is further

ORDERED, that it is the obligation of the debtor to make all future payments in accordance with the confirmed Chapter 13 plan utilizing the TFS Nationwide system to effect such payments on a preestablished, regularly scheduled basis, no less frequently than monthly, and that should the debtor fail to make any payment as required, or fail to implement electronic payments through the TFS System no later than 14 days from the entry of this order (Debtor's counsel shall assist as necessary), this case will be dismissed upon filing of notice by the Trustee, without further hearing; it is further

APPROVED FOR ENTRY:

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE TO
OF THE FIRST PAGE.

AGREED TO:

/s/ LONG BURNETT AND JOHNSON PLLC
LONG BURNETT AND JOHNSON PLLC
ATTY FOR THE DEBTOR
302 42ND AVE NO
NASHVILLE, TN 37209
PHONE NO. 615-386-0075
ecfmail@tennessee-bankruptcy.com
FAX NO. 615-864-8419

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.